DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KATARINA VANFOSSEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1815

_____

February 2, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Lon Arend, Judge.

Robert J. Hoffman, Sarasota, for Appellant.


PER CURIAM.

     Affirmed.

CASANUEVA, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.